**APLDIST, APPEAL, AmdPln13F, CONVERTED**

# U.S. Bankruptcy Court
## Central District of California (Santa Barbara)
### Bankruptcy Petition #: 9:22-bk-10011-RC

|  |  |
|---|---|
| *Assigned to:* Ronald A Clifford III | *Date filed:* 01/07/2022 |
| Chapter 7 | *Date converted:* 05/03/2022 |
| Previous chapter 13 | *341 meeting:* 01/23/2023 |
| Original chapter 13 | *Deadline for filing claims:* 05/01/2023 |
| Voluntary | *Deadline for filing claims (govt.):* 07/06/2022 |
| Asset | *Deadline for objecting to discharge:* 08/12/2022 |
|  | *Deadline for financial mgmt. course:* 08/12/2022 |

| | |
|---|---|
| *Debtor*<br>**David Ernest Baskett**<br>485 Wilson Ct<br>Santa Maria, CA 93455<br>SANTA BARBARA-CA<br>SSN / ITIN: xxx-xx-0305 | represented by **Michael B Clayton**<br>Michael B. Clayton and Associates<br>400 E Orange St<br>Santa Maria, CA 93454<br>805-928-5353<br>Fax : 805-928-5221<br>Email: cleo@wedefend.net |
| *Trustee*<br>**Elizabeth (ND) F Rojas (TR)**<br>Valley Executive Center<br>15260 Ventura Blvd., Suite 710<br>Sherman Oaks, CA 91403<br>818-933-5700<br>*TERMINATED: 05/03/2022* | |
| *Trustee*<br>**Jeremy W. Faith (TR)**<br>16030 Ventura Blvd., Suite 470<br>Encino, CA 91436<br>(818) 705-2777 | represented by **David M Goodrich**<br>Golden Goodrich LLP<br>650 Town Center Drive, Suite 600<br>Costa Mesa, CA 92626<br>714-966-1000<br>Fax : 714-966-1002<br>Email: dgoodrich@go2.law<br><br>**Sonja Hourany**<br>Weiland Golden Goodrich LLP<br>650 Town Center Dr Ste 600<br>Costa Mesa, CA 92626<br>714-966-1000<br>Fax : 714-966-1002<br>Email: shourany@go2.law |
| *U.S. Trustee*<br>**United States Trustee (ND)**<br>915 Wilshire Blvd, Suite 1850<br>Los Angeles, CA 90017 | |

| Filing Date | # | Docket Text |
|---|---|---|
| 01/07/2022 | 1<br>(14 pgs; 3 docs) | Chapter 13 Voluntary Petition Individual . Fee Amount $313 Filed by David Ernest Baskitt Summary of Assets and Liabilities (Form 106Sum or 206Sum ) due 01/21/2022. Schedule A/B: Property (Form 106A/B or 206A/B) due 01/21/2022. Schedule C: The Property You Claim as Exempt (Form 106C) due 01/21/2022. Schedule D: Creditors Who Have Claims Secured by Property (Form 106D or 206D) due 01/21/2022. Schedule E/F: Creditors Who Have Unsecured Claims (Form 106E/F or 206E/F) due 01/21/2022. Schedule G: Executory Contracts and Unexpired Leases (Form 106G or 206G) due 01/21/2022. Schedule H: Your Codebtors (Form 106H or 206H) due 01/21/2022. Schedule I: Your Income (Form 106I) due 01/21/2022. Schedule J: Your Expenses (Form 106J) due 01/21/2022. Declaration About an Individual Debtors Schedules (Form 106Dec) due 01/21/2022. Statement of |

| | | | |
|---|---|---|---|
| | | | Financial Affairs (Form 107 or 207) due 01/21/2022. Chapter 13 Plan (LBR F3015-1) due by 01/21/2022. Chapter 13 Statement of Your Current Monthly Income and Calculation of Commitment Period (Form 122C-1) Due: 01/21/2022. Chapter 13 Calculation of Your Disposable Income (Form 122C-2) Due: 01/21/2022. Disclosure of Compensation of Attorney for Debtor (Form 2030) due 01/21/2022. Declaration by Debtors as to Whether Income was Received from an Employer within 60-Days of the Petition Date (LBR Form F1002-1) due by 01/21/2022. Incomplete Filings due by 01/21/2022. (Clayton, Michael) (Entered: 01/07/2022) |
| 01/07/2022 | | 2 | Statement About Your Social Security Number (Official Form 121) Filed by Debtor David Ernest Baskitt. (Clayton, Michael) (Entered: 01/07/2022) |
| 01/07/2022 | | 3<br>(1 pg) | Certificate of Credit Counseling Filed by Debtor David Ernest Baskitt. (Clayton, Michael) (Entered: 01/07/2022) |
| 01/07/2022 | | | Receipt of Voluntary Petition (Chapter 13)( 9:22-bk-10011) [misc,volp13] ( 313.00) Filing Fee. Receipt number A53777878. Fee amount 313.00. (re: Doc# 1) (U.S. Treasury) (Entered: 01/07/2022) |
| 01/07/2022 | | 4<br>(3 pgs) | Meeting of Creditors with 341(a) meeting to be held on 3/2/2022 at 10:00 AM at TR 13, VIDEO CONFERENCE. GOTO TRUSTEE WEBSITE FOR INSTRUCTIONS. Confirmation hearing to be held on 4/22/2022 at 11:00 AM at Crtrm 201, 1415 State St., Santa Barbara, CA 93101. Proofs of Claims due by 3/18/2022. (Scheduled Automatic Assignment, shared account) (Entered: 01/07/2022) |
| 01/10/2022 | | 5 | Notice to Filer of Error and/or Deficient Document **Incorrect/incomplete/unreadable PDF was attached to the docket entry as to creditor list: per Court Manual 3.5(f) re: image size.** THE FILER IS INSTRUCTED TO RE-FILE THE DOCUMENT WITH THE CORRECT PDF IMMEDIATELY. (RE: related document(s)1 Voluntary Petition (Chapter 13) filed by Debtor David Ernest Baskitt) (Spann, Elizabeth) (Entered: 01/10/2022) |
| 01/10/2022 | | 6 | Notice to Filer of Correction Made/No Action Required: **Incorrect case data/statistical information was entered at the time of filing including but not limited to debt type (item 16 of Petition) and** THE COURT HAS CORRECTED THIS INFORMATION. THIS ENTRY IS PROVIDED FOR FUTURE REFERENCE. (RE: related document(s)1 Voluntary Petition (Chapter 13) filed by Debtor David Ernest Baskitt) (Spann, Elizabeth) (Entered: 01/10/2022) |
| 01/12/2022 | | 7<br>(5 pgs) | BNC Certificate of Notice (RE: related document(s)4 Meeting (AutoAssign Chapter 13)) No. of Notices: 7. Notice Date 01/12/2022. (Admin.) (Entered: 01/12/2022) |
| 01/12/2022 | | 8<br>(2 pgs) | BNC Certificate of Notice (RE: related document(s)1 Voluntary Petition (Chapter 13) filed by Debtor David Ernest Baskitt) No. of Notices: 1. Notice Date 01/12/2022. (Admin.) (Entered: 01/12/2022) |
| 01/12/2022 | | 9<br>(2 pgs) | BNC Certificate of Notice (RE: related document(s)1 Voluntary Petition (Chapter 13) filed by Debtor David Ernest Baskitt) No. of Notices: 1. Notice Date 01/12/2022. (Admin.) (Entered: 01/12/2022) |
| 01/21/2022 | | 10<br>(9 pgs) | Motion to Extend Deadline to File Schedules or Provide Required Information, and/or Plan (Case Opening Documents) *NOTICE OF MOTION AND MOTION TO EXTEND DEADLINE TO FILE SCEDULES OR PROVIDE REQUIRED INFORMATION AND/OR PLAN WIH PROOF OF SERVICE* Filed by Debtor David Ernest Baskitt (Clayton, Michael) (Entered: 01/21/2022) |
| 01/21/2022 | | 11 | Notice to Filer of Error and/or Deficient Document **Incorrect PDF was attached to the docket entry: PDF not "Flattened" per Court Manual Section 3.5(k).** THE FILER IS INSTRUCTED TO RE-FILE THE DOCUMENT WITH THE CORRECT PDF IMMEDIATELY. (RE: related document(s)10 Extend Deadline to File Schedules and/or Plan (Case Opening Documents - All Chapters) (motion) filed by Debtor David Ernest Baskitt) (Handy, Brad) (Entered: 01/21/2022) |
| 01/21/2022 | | 12<br>(9 pgs) | Motion to Extend Deadline to File Schedules or Provide Required Information, and/or Plan (Case Opening Documents) *Notice of Motion and Motion to Extend Deadline to File Schedules with proof of servie* Filed by Debtor David Ernest Baskitt (Clayton, Michael) (Entered: 01/21/2022) |
| 01/24/2022 | | 13 | Notice to Filer of Error and/or Deficient Document **Incorrect PDF was attached to the docket entry. Incorrect PDF was attached to the docket entry: PDF not "Flattened" per Court Manual Section 3.5(k). Please contact the ECF Help Desk at (213)894-2365 for assistance.** THE FILER IS INSTRUCTED TO RE-FILE THE DOCUMENT WITH THE CORRECT PDF IMMEDIATELY. (RE: related document(s)12 Extend Deadline to File Schedules and/or Plan (Case Opening Documents - All Chapters) (motion) filed by Debtor David Ernest Baskitt) (Handy, Brad) (Entered: 01/24/2022) |

| | | |
|---|---|---|
| 01/24/2022 | 14 (9 pgs) | Motion to Extend Deadline to File Schedules or Provide Required Information, and/or Plan (Case Opening Documents) *with Notice to Motion and Motion to Extend Deadline to File Schedules with proof of service* Filed by Debtor David Ernest Baskitt (Clayton, Michael) (Entered: 01/24/2022) |
| 01/26/2022 | 15 (1 pg) | Order Granting Motion To Extend Deadline to File Schedules or Provide Required Information, and/or Plan (Case Opening Documents) **Extended to February 7, 2022.** (BNC-PDF) (Related Doc # 14) Signed on 1/26/2022. (Ortiz, Amber) (Entered: 01/26/2022) |
| 01/28/2022 | 16 (1 pg) | RENOTICE Confirmation Hearing (BNC) Confirmation hearing to be held on 4/21/2022 at 11:00 AM at Crtrm 201, 1415 State St., Santa Barbara, CA 93101. The case judge is Deborah J. Saltzman (Handy, Brad) (Entered: 01/28/2022) |
| 01/28/2022 | 17 (2 pgs) | BNC Certificate of Notice - PDF Document. (RE: related document(s)15 Order on Motion to Extend Deadline to File Schedules and/or Plan (Case Opening Documents - All Chapters) (BNC-PDF)) No. of Notices: 1. Notice Date 01/28/2022. (Admin.) (Entered: 01/28/2022) |
| 01/30/2022 | 18 (3 pgs) | BNC Certificate of Notice (RE: related document(s)16 RENOTICE Confirmation Hearing (BNC)) No. of Notices: 8. Notice Date 01/30/2022. (Admin.) (Entered: 01/30/2022) |
| 02/07/2022 | 19 (55 pgs) | Addendum to voluntary petition , Summary of Assets and Liabilities for Individual (Official Form 106Sum or 206Sum) , Schedule A/B Individual: Property (Official Form 106A/B or 206A/B) , Schedule C: The Property You Claimed as Exempt (Official Form 106C) , Schedule D Individual: Creditors Who Have Claims Secured by Property (Official Form 106D or 206D) , Schedule E/F Individual: Creditors Who Have Unsecured Claims (Official Form 106F or 206F) , Schedule G Individual: Executory Contracts and Unexpired Leases (Official Form 106G or 206G) , Schedule H Individual: Your Codebtors (Official Form 106H or 206H) , Schedule I Individual: Your Income (Official Form 106I) , Statement of Operations for Small Business, Schedule J: Your Expenses (Official Form 106J) , Declaration About an Individual Debtor's Schedules (Official Form 106Dec) , Statement of Financial Affairs for Individual Filing for Bankruptcy (Official Form 107 or 207) , Disclosure of Compensation of Attorney for Debtor (Official Form 2030) , Chapter 13 Statement of Your Current Monthly Income and Calculation of Commitment Period for 5 Years, Disposable Income Is Determined (Official Form 122C-1) , Chapter 13 Calculation of Your Disposable Income (Official Form 122C-2) , Amendment to List of Creditors. Fee Amount $32 Filed by Debtor David Ernest Baskitt. (Clayton, Michael) (Entered: 02/07/2022) |
| 02/07/2022 | | Receipt of Amended List of Creditors (Fee)( 9:22-bk-10011-DS) [misc,amdcm] ( 32.00) Filing Fee. Receipt number A53912511. Fee amount 32.00. (re: Doc# 19) (U.S. Treasury) (Entered: 02/07/2022) |
| 02/07/2022 | 20 (2 pgs) | Declaration RE Filing of Tax Returns and Payment of Domestic Support Obligations (Preconfirmation) Filed by Debtor David Ernest Baskitt. (Clayton, Michael) (Entered: 02/07/2022) |
| 02/07/2022 | 21 (8 pgs) | Declaration by Debtor as to Whether Debtor(s) Received Income From an Employer Within 60 Days of Petition (LBR Form F1002-1) Filed by Debtor David Ernest Baskitt (RE: related document(s)1 Voluntary Petition (Chapter 13)). (Clayton, Michael) (Entered: 02/07/2022) |
| 02/07/2022 | 22 (6 pgs) | Rights and responsibilities agreement between chapter 13 debtors and their attorneys Filed by Debtor David Ernest Baskitt. (Clayton, Michael) (Entered: 02/07/2022) |
| 02/07/2022 | 23 (16 pgs) | Chapter 13 Plan (LBR F3015-1). Assumption of executory contracts and/or unexpired leases: 5 included. Filed by Debtor David Ernest Baskitt (RE: related document(s)1 Chapter 13 Voluntary Petition Individual . Fee Amount $313 Filed by David Ernest Baskitt Summary of Assets and Liabilities (Form 106Sum or 206Sum ) due 01/21/2022. Schedule A/B: Property (Form 106A/B or 206A/B) due 01/21/2022. Schedule C: The Property You Claim as Exempt (Form 106C) due 01/21/2022. Schedule D: Creditors Who Have Claims Secured by Property (Form 106D or 206D) due 01/21/2022. Schedule E/F: Creditors Who Have Unsecured Claims (Form 106E/F or 206E/F) due 01/21/2022. Schedule G: Executory Contracts and Unexpired Leases (Form 106G or 206G) due 01/21/2022. Schedule H: Your Codebtors (Form 106H or 206H) due 01/21/2022. Schedule I: Your Income (Form 106I) due 01/21/2022. Schedule J: Your Expenses (Form 106J) due 01/21/2022. Declaration About an Individual Debtors Schedules (Form 106Dec) due 01/21/2022. Statement of Financial Affairs (Form 107 or 207) due 01/21/2022. Chapter 13 Plan (LBR F3015-1) due by 01/21/2022. Chapter 13 Statement of Your Current Monthly Income and Calculation of Commitment Period (Form 122C-1) Due: 01/21/2022. Chapter 13 Calculation of Your Disposable Income (Form 122C-2) Due: 01/21/2022. Disclosure of Compensation of Attorney for Debtor (Form 2030) due 01/21/2022. Declaration by Debtors as to Whether Income was Received from an Employer within 60-Days of the Petition Date (LBR Form F1002-1) due by 01/21/2022. Incomplete Filings due by 01/21/2022.). (Clayton, Michael) (Entered: 02/07/2022) |

| | | |
|---|---|---|
| 02/07/2022 | 24 (1 pg) | Initial Statement of Eviction Judgement Against You (Official Form 101A) Filed by Debtor David Ernest Baskitt. (Clayton, Michael) (Entered: 02/07/2022) |
| 02/08/2022 | | ***Statistics Reporting*** Motion to Assume Contract/Leases (CM06). (RE: related document(s) 23 ) Chapter 13 Plan (LBR F3015-1) (AutoDocket, User) (Entered: 02/08/2022) |
| 02/08/2022 | | ***Statistics Reporting*** Motion to Assume Contract/Leases (CM06). (RE: related document(s) 23 ) Chapter 13 Plan (LBR F3015-1) (AutoDocket, User) (Entered: 02/08/2022) |
| 02/08/2022 | | ***Statistics Reporting*** Motion to Assume Contract/Leases (CM06). (RE: related document(s) 23 ) Chapter 13 Plan (LBR F3015-1) (AutoDocket, User) (Entered: 02/08/2022) |
| 02/08/2022 | | ***Statistics Reporting*** Motion to Assume Contract/Leases (CM06). (RE: related document(s) 23 ) Chapter 13 Plan (LBR F3015-1) (AutoDocket, User) (Entered: 02/08/2022) |
| 02/08/2022 | | ***Statistics Reporting*** Motion to Assume Contract/Leases (CM06). (RE: related document(s) 23 ) Chapter 13 Plan (LBR F3015-1) (AutoDocket, User) (Entered: 02/08/2022) |
| 02/09/2022 | 25 (18 pgs) | Amended Chapter 13 Plan *with proof of service* Filed by Debtor David Ernest Baskitt (RE: related document(s)23 Chapter 13 Plan (LBR F3015-1). Assumption of executory contracts and/or unexpired leases: 5 included. Filed by Debtor David Ernest Baskitt (RE: related document(s)1 Chapter 13 Voluntary Petition Individual  . Fee Amount $313 Filed by David Ernest Baskitt Summary of Assets and Liabilities (Form 106Sum or 206Sum ) due 01/21/2022. Schedule A/B: Property (Form 106A/B or 206A/B) due 01/21/2022. Schedule C: The Property You Claim as Exempt (Form 106C) due 01/21/2022. Schedule D: Creditors Who Have Claims Secured by Property (Form 106D or 206D) due 01/21/2022. Schedule E/F: Creditors Who Have Unsecured Claims (Form 106E/F or 206E/F) due 01/21/2022. Schedule G: Executory Contracts and Unexpired Leases (Form 106G or 206G) due 01/21/2022. Schedule H: Your Codebtors (Form 106H or 206H) due 01/21/2022. Schedule I: Your Income (Form 106I) due 01/21/2022. Schedule J: Your Expenses (Form 106J) due 01/21/2022. Declaration About an Individual Debtors Schedules (Form 106Dec) due 01/21/2022. Statement of Financial Affairs (Form 107 or 207) due 01/21/2022. Chapter 13 Plan (LBR F3015-1) due by 01/21/2022. Chapter 13 Statement of Your Current Monthly Income and Calculation of Commitment Period (Form 122C-1) Due: 01/21/2022. Chapter 13 Calculation of Your Disposable Income (Form 122C-2) Due: 01/21/2022. Disclosure of Compensation of Attorney for Debtor (Form 2030) due 01/21/2022. Declaration by Debtors as to Whether Income was Received from an Employer within 60-Days of the Petition Date (LBR Form F1002-1) due by 01/21/2022. Incomplete Filings due by 01/21/2022.).). (Clayton, Michael) (Entered: 02/09/2022) |
| 02/09/2022 | 26 (22 pgs; 2 docs) | Debtor's notice of section 341(a) meeting and hearing on confirmation of chapter 13 plan with copy of chapter 13 plan *with proof of service* Filed by Debtor David Ernest Baskitt. (Attachments: # 1 Filed Copy of 1st Amended Chapter 13 Plan) (Clayton, Michael) (Entered: 02/09/2022) |
| 02/16/2022 | 27 (1 pg) | Notice *of 341(a) Meeting Videoconference ID and Information* Filed by Trustee Elizabeth (ND) F Rojas (TR). (Rojas (TR), Elizabeth (ND)) (Entered: 02/16/2022) |
| 02/18/2022 | 28 | In accordance with the Administrative Order 22-06 dated 2/15/2022, this case is hereby reassigned from Judge Deborah J. Saltzman to Judge Ronald A Clifford, III. (Rust, Kam) (Entered: 02/18/2022) |
| 03/02/2022 | 29 (40 pgs) | Notice of motion and motion for relief from the automatic stay with supporting declarations UNLAWFUL DETAINER RE: 3029 Airpark Drive, Hangar 3029-B, Santa Maria, CA 93455 *with Proof of Service*. Fee Amount $188, Filed by Creditor Santa Maria Public Airport District (Ready, Paul) (Entered: 03/02/2022) |
| 03/02/2022 | | Receipt of Motion for Relief from Stay - Unlawful Detainer( 9:22-bk-10011-RC) [motion,nmud] ( 188.00) Filing Fee. Receipt number B53994444. Fee amount 188.00. (re: Doc# 29) (U.S. Treasury) (Entered: 03/02/2022) |
| 03/02/2022 | 30 (1 pg) | Personal Financial Management Course Certificate for Debtor 1 (Official Form 423) (Duarte, Alberto) (Entered: 03/02/2022) |
| 03/02/2022 | 31 | Hearing Set (RE: related document(s)29 Motion for Relief from Stay - Unlawful Detainer filed by Creditor Santa Maria Public Airport District) The Hearing date is set for 3/29/2022 at 10:00 AM at Crtrm 201, 1415 State St., Santa Barbara, CA 93101 and via ZoomGov video and audio. The case judge is Ronald A Clifford, III (Spann, Elizabeth) (Entered: 03/02/2022) |

| | | |
|---|---|---|
| 03/03/2022 | 32<br>(5 pgs) | Objection (related document(s): 16 RENOTICE Confirmation Hearing (BNC)) *Objection to Confirmation of Chapter 13 Plan with Proof of Service* Filed by Creditor Santa Maria Public Airport District (Ready, Paul) (Entered: 03/03/2022) |
| 03/03/2022 | 33<br>(36 pgs) | Request for judicial notice *in Support of Objection to Confirmation of Chapter 13 Plan with Proof of Service* Filed by Creditor Santa Maria Public Airport District (RE: related document(s)32 Objection). (Ready, Paul) (Entered: 03/03/2022) |
| 03/14/2022 | 34<br>(19 pgs) | Amended Chapter 13 Plan *3rd Amendment, with proof of service* Filed by Debtor David Ernest Baskitt (RE: related document(s)25 Amended Chapter 13 Plan *with proof of service* Filed by Debtor David Ernest Baskitt (RE: related document(s)23 Chapter 13 Plan (LBR F3015-1). Assumption of executory contracts and/or unexpired leases: 5 included. Filed by Debtor David Ernest Baskitt (RE: related document(s)1 Chapter 13 Voluntary Petition Individual   . Fee Amount $313 Filed by David Ernest Baskitt Summary of Assets and Liabilities (Form 106Sum or 206Sum ) due 01/21/2022. Schedule A/B: Property (Form 106A/B or 206A/B) due 01/21/2022. Schedule C: The Property You Claim as Exempt (Form 106C) due 01/21/2022. Schedule D: Creditors Who Have Claims Secured by Property (Form 106D or 206D) due 01/21/2022. Schedule E/F: Creditors Who Have Unsecured Claims (Form 106E/F or 206E/F) due 01/21/2022. Schedule G: Executory Contracts and Unexpired Leases (Form 106G or 206G) due 01/21/2022. Schedule H: Your Codebtors (Form 106H or 206H) due 01/21/2022. Schedule I: Your Income (Form 106I) due 01/21/2022. Schedule J: Your Expenses (Form 106J) due 01/21/2022. Declaration About an Individual Debtors Schedules (Form 106Dec) due 01/21/2022. Statement of Financial Affairs (Form 107 or 207) due 01/21/2022. Chapter 13 Plan (LBR F3015-1) due by 01/21/2022. Chapter 13 Statement of Your Current Monthly Income and Calculation of Commitment Period (Form 122C-1) Due: 01/21/2022. Chapter 13 Calculation of Your Disposable Income (Form 122C-2) Due: 01/21/2022. Disclosure of Compensation of Attorney for Debtor (Form 2030) due 01/21/2022. Declaration by Debtors as to Whether Income was Received from an Employer within 60-Days of the Petition Date (LBR Form F1002-1) due by 01/21/2022. Incomplete Filings due by 01/21/2022.).).). (Clayton, Michael) (Entered: 03/14/2022) |
| 03/14/2022 | 35<br>(23 pgs; 2 docs) | Debtor's notice of section 341(a) meeting and hearing on confirmation of chapter 13 plan with copy of chapter 13 plan *with proof of service* Filed by Debtor David Ernest Baskitt. (Attachments: # 1 Copy of 3rd Amended Plan) (Clayton, Michael) (Entered: 03/14/2022) |
| 03/15/2022 | 36<br>(4 pgs) | Response to motion for order to terminate, annul, modify or condition the automatic stay and declaration(s) in support (related document(s): 29 Notice of motion and motion for relief from the automatic stay with supporting declarations UNLAWFUL DETAINER RE: 3029 Airpark Drive, Hangar 3029-B, Santa Maria, CA 93455 *with Proof of Service*. Fee Amount $188, filed by Creditor Santa Maria Public Airport District) *WITH PROOF OF SERVICE* Filed by Debtor David Ernest Baskitt (Clayton, Michael) (Entered: 03/15/2022) |
| 03/15/2022 | 37 | Notice to Filer of Error and/or Deficient Document **Incorrect PDF was attached to the docket entry. PDF not "flattened" pursuant to Central Guide Supplement 1.5(k). THE FILER IS INSTRUCTED TO RE-FILE THE DOCUMENT WITH THE CORRECT PDF IMMEDIATELY.** (RE: related document(s)36 Response to motion for order to terminate, annul, modify or condition the automatic stay and declaration(s) in support filed by Debtor David Ernest Baskitt) (Spann, Elizabeth) (Entered: 03/15/2022) |
| 03/15/2022 | 38<br>(32 pgs) | Response to motion for order to terminate, annul, modify or condition the automatic stay and declaration(s) in support (related document(s): 29 Notice of motion and motion for relief from the automatic stay with supporting declarations UNLAWFUL DETAINER RE: 3029 Airpark Drive, Hangar 3029-B, Santa Maria, CA 93455 *with Proof of Service*. Fee Amount $188, filed by Creditor Santa Maria Public Airport District) *with proof of service* Filed by Debtor David Ernest Baskitt (Clayton, Michael) (Entered: 03/15/2022) |
| 03/22/2022 | 39<br>(4 pgs) | Reply to (related document(s): 38 Response to motion for order to terminate, annul, modify or condition the automatic stay and declaration(s) in support filed by Debtor David Ernest Baskitt) *Movant's Rebuttal to Debtor's Response to Motion for Relief with Proof of Service* Filed by Creditor Santa Maria Public Airport District (Ready, Paul) (Entered: 03/22/2022) |
| 03/22/2022 | 40<br>(18 pgs) | Declaration re: *Declaration of Joshua M. George in Support of Movant's Rebuttal to Debtor's Response to Motion for Relief with Proof of Service* Filed by Creditor Santa Maria Public Airport District (RE: related document(s)39 Reply). (Ready, Paul) (Entered: 03/22/2022) |
| 03/22/2022 | 41<br>(3 pgs) | Objection (related document(s): 38 Response to motion for order to terminate, annul, modify or condition the automatic stay and declaration(s) in support filed by Debtor David Ernest Baskitt) *Evidentiary Objection to Debtor's Response to Motion for Relief with Proof of Service* Filed by Creditor Santa Maria Public Airport District (Ready, Paul) (Entered: 03/22/2022) |

| | | |
|---|---|---|
| 03/22/2022 | 42 (18 pgs) | Request for judicial notice *in Support of Movant's Rebuttal to Debtor's Response to Motion for Relief with Proof of Service* Filed by Creditor Santa Maria Public Airport District (RE: related document(s)39 Reply). (Ready, Paul) (Entered: 03/22/2022) |
| 03/23/2022 | 43 | Notice to Filer of Error and/or Deficient Document **Document filed without electronic /s/ or holographic signature re: Proof of Service. THE FILER IS INSTRUCTED TO RE-FILE THE DOCUMENT WITH THE PROPER SIGNATURES.** (RE: related document(s)42 Request for judicial notice filed by Creditor Santa Maria Public Airport District) (Spann, Elizabeth) (Entered: 03/23/2022) |
| 03/23/2022 | 44 (18 pgs) | Request for judicial notice *in Support of Movant's Rebuttal to Debtor's Response to Motion for Relief with Signed Proof of Service* Filed by Creditor Santa Maria Public Airport District (RE: related document(s)39 Reply). (Ready, Paul) (Entered: 03/23/2022) |
| 03/29/2022 | | Hearing Rescheduled/Continued (Motion) (BK Case - BNC Option) (RE: related document(s) 29 MOTION FOR RELIEF FROM STAY - UNLAWFUL DETAINER filed by Santa Maria Public Airport District) Hearing to be held on 05/03/2022 at 10:00 AM 1415 State Street Courtroom 201 Santa Barbara, CA 93101 for 29 , (Rust, Kam) (Entered: 03/29/2022) |
| 04/05/2022 | 45 (6 pgs) | Objection (related document(s): 34 Amended Chapter 13 Plan filed by Debtor David Ernest Baskitt) *Objection to Confirmation of the Debtor's Third Amended Chapter 13 Plan with Proof of Service* Filed by Creditor Santa Maria Public Airport District (Ready, Paul) (Entered: 04/05/2022) |
| 04/05/2022 | 46 (60 pgs) | Request for judicial notice *in Support of Objection to Confirmation of the Debtor's Third Amended Chapter 13 Plan with Proof of Service* Filed by Creditor Santa Maria Public Airport District (RE: related document(s)45 Objection). (Ready, Paul) (Entered: 04/05/2022) |
| 04/06/2022 | 47 (4 pgs) | Objection to Confirmation of Chapter 13 Plan . (Rojas (TR), Elizabeth (ND)) (Entered: 04/06/2022) |
| 04/06/2022 | 48 (4 pgs) | Objection to Confirmation of Chapter 13 Plan . (Rojas (TR), Elizabeth (ND)) **With Corrected Proof of Service** Modified on 4/7/2022 (Spann, Elizabeth). (Entered: 04/06/2022) |
| 04/07/2022 | 49 | Hearing Set (RE: related document(s)1 Voluntary Petition (Chapter 13) filed by Debtor David Ernest Baskitt) Confirmation hearing to be held on 4/21/2022 at 11:00 AM at Crtrm 201, 1415 State St., Santa Barbara, CA 93101. The case judge is Ronald A Clifford, III (Rust, Kam) (Entered: 04/07/2022) |
| 04/21/2022 | | Hearing Rescheduled/Continued (Other) (BK Case - BNC Option) (RE: related document(s) 1 VOLUNTARY PETITION (CHAPTER 13) filed by David Ernest Baskitt) Confirmation Hearing to be held on 05/26/2022 at 11:00 AM 1415 State Street Courtroom 201 Santa Barbara, CA 93101 for 1 , (Rust, Kam) (Entered: 04/21/2022) |
| 04/22/2022 | 50 (22 pgs) | Summary of Assets and Liabilities for Individual (Official Form 106Sum or 206Sum) , Amended Schedule A/B Individual: Property (Official Form 106A/B or 206A/B) , Amended Schedule C: The Property You Claimed as Exempt (Official Form 106C) *Amended*, Statement of Financial Affairs for Individual Filing for Bankruptcy (Official Form 107 or 207) *with proof of service* Filed by Debtor David Ernest Baskitt. (Clayton, Michael) (Entered: 04/22/2022) |
| 04/27/2022 | 51 (3 pgs) | Notice of Change of Address *with proof of service* Filed by Debtor David Ernest Baskitt. (Clayton, Michael) (Entered: 04/27/2022) |
| 04/29/2022 | 52 (13 pgs) | Request for judicial notice *Of Debtors Response to Motion for Relief from the Automatic Stay with proof of service* Filed by Debtor David Ernest Baskitt (RE: related document(s)38 Response to motion for order to terminate, annul, modify or condition the automatic stay and declaration(s) in support). (Clayton, Michael) (Entered: 04/29/2022) |
| 04/29/2022 | 53 (18 pgs) | Amended Chapter 13 Plan *2nd Amendment to the Chapter 13 Plan with proof of service* Filed by Debtor David Ernest Baskitt (RE: related document(s)34 Amended Chapter 13 Plan *3rd Amendment, with proof of service* Filed by Debtor David Ernest Baskitt (RE: related document(s)25 Amended Chapter 13 Plan *with proof of service* Filed by Debtor David Ernest Baskitt (RE: related document(s)23 Chapter 13 Plan (LBR F3015-1). Assumption of executory contracts and/or unexpired leases: 5 included. Filed by Debtor David Ernest Baskitt (RE: related document(s)1 Chapter 13 Voluntary Petition Individual . Fee Amount $313 Filed by David Ernest Baskitt Summary of Assets and Liabilities (Form 106Sum or 206Sum ) due 01/21/2022. Schedule A/B: Property (Form 106A/B or 206A/B) due 01/21/2022. Schedule C: The Property You Claim as Exempt (Form 106C) due 01/21/2022. Schedule D: Creditors Who Have Claims Secured by Property (Form 106D or 206D) due 01/21/2022. Schedule E/F: Creditors Who Have Unsecured Claims (Form 106E/F or 206E/F) due |

| | | |
|---|---|---|
| | | 01/21/2022. Schedule G: Executory Contracts and Unexpired Leases (Form 106G or 206G) due 01/21/2022. Schedule H: Your Codebtors (Form 106H or 206H) due 01/21/2022. Schedule I: Your Income (Form 106I) due 01/21/2022. Schedule J: Your Expenses (Form 106J) due 01/21/2022. Declaration About an Individual Debtors Schedules (Form 106Dec) due 01/21/2022. Statement of Financial Affairs (Form 107 or 207) due 01/21/2022. Chapter 13 Plan (LBR F3015-1) due by 01/21/2022. Chapter 13 Statement of Your Current Monthly Income and Calculation of Commitment Period (Form 122C-1) Due: 01/21/2022. Chapter 13 Calculation of Your Disposable Income (Form 122C-2) Due: 01/21/2022. Disclosure of Compensation of Attorney for Debtor (Form 2030) due 01/21/2022. Declaration by Debtors as to Whether Income was Received from an Employer within 60-Days of the Petition Date (LBR Form F1002-1) due by 01/21/2022. Incomplete Filings due by 01/21/2022.).).).). (Clayton, Michael) (Entered: 04/29/2022) |
| 04/29/2022 | 54 (18 pgs) | Summary of Assets and Liabilities for Individual (Official Form 106Sum or 206Sum) , Amended Schedule A/B Individual: Property (Official Form 106A/B or 206A/B) , AMENDED Statement of Financial Affairs for Individual Filing for Bankruptcy (Official Form 107 or 207) *with proof of service* Filed by Debtor David Ernest Baskitt. (Clayton, Michael) Modified on 4/29/2022 (Spann, Elizabeth). (Entered: 04/29/2022) |
| 04/29/2022 | 55 | Notice to Filer of Error and/or Deficient Document **Other - There appears to be a discrepancy in the numbering of the Amended Chapter 13 plans. On 3/14/22 a plan labeled 3rd Amended was filed. Subsequently on 4/29/22, a plan labeled 2nd Amended was filed. Please note, the plan immediately prior to 3/14/22, submitted on 2/9/22, was labeled 1st Amended.** (RE: related document(s)34 Amended Chapter 13 Plan filed by Debtor David Ernest Baskitt, 53 Amended Chapter 13 Plan filed by Debtor David Ernest Baskitt) (Spann, Elizabeth) (Entered: 04/29/2022) |
| 05/03/2022 | 56 (7 pgs) | Motion to Convert Case From Chapter 13 to 7. *Notice and Motion to Convert Case from a Chapter 13 to a Chapter 7, with proof of service* Fee Amount $25 Filed by Debtor David Ernest Baskitt (Clayton, Michael) (Entered: 05/03/2022) |
| 05/03/2022 | | Receipt of Motion to Convert Case( 9:22-bk-10011-RC) [motion,mconv] ( 25.00) Filing Fee. Receipt number A54207836. Fee amount 25.00. (re: Doc# 56) (U.S. Treasury) (Entered: 05/03/2022) |
| 05/03/2022 | 57 (1 pg) | Convert Case to Chapter 7 Trustee Elizabeth (ND) F Rojas (TR) removed from the case. Trustee Jeremy W. Faith (TR) added to the case. (Optional BNC) (BH) (Entered: 05/03/2022) |
| 05/03/2022 | 58 (3 pgs) | Meeting of Creditors 341(a) meeting to be held on 6/13/2022 at 09:00 AM at TR 7, TELEPHONIC MEETING. FOR INSTRUCTIONS CONTACT THE TRUSTEE. Cert. of Financial Management due by 8/12/2022. Last day to oppose discharge or dischargeability is 8/12/2022. Government Proof of Claim due by 7/6/2022. Proofs of Claims due by 7/12/2022. (BH) (Entered: 05/03/2022) |
| 05/03/2022 | 59 | Hearing Held (RE: related document(s) 29 Motion for Relief from Stay - Unlawful Detainer) (NOTE: Granted in part, denied in part. Movant to lodge the order.) Modified on 5/5/2022 (KR9). (Entered: 05/03/2022) |
| 05/05/2022 | 60 (5 pgs) | Notice of lodgment *of Order Granting Motion for Relief from Stay* Filed by Creditor Santa Maria Public Airport District (RE: related document(s)29 Notice of motion and motion for relief from the automatic stay with supporting declarations UNLAWFUL DETAINER RE: 3029 Airpark Drive, Hangar 3029-B, Santa Maria, CA 93455 *with Proof of Service*. Fee Amount $188, Filed by Creditor Santa Maria Public Airport District). (Ready, Paul) (Entered: 05/05/2022) |
| 05/05/2022 | 61 (3 pgs) | Order Granting in part, Denying in part Motion for relief from stay UNLAWFUL DETAINER (BNC-PDF) (Related Doc # 29 ) Signed on 5/5/2022 (ES9) (Entered: 05/05/2022) |
| 05/05/2022 | 62 (5 pgs) | BNC Certificate of Notice (RE: related document(s)58 Meeting of Creditors Chapter 7 Asset) No. of Notices: 10. Notice Date 05/05/2022. (Admin.) (Entered: 05/05/2022) |
| 05/05/2022 | 63 (2 pgs) | BNC Certificate of Notice (RE: related document(s)57 Convert Case to Chapter 7 (Optional BNC)) No. of Notices: 2. Notice Date 05/05/2022. (Admin.) (Entered: 05/05/2022) |
| 05/07/2022 | 64 (4 pgs) | BNC Certificate of Notice - PDF Document. (RE: related document(s)61 Motion for relief from stay UNLAWFUL DETAINER (BNC-PDF)) No. of Notices: 1. Notice Date 05/07/2022. (Admin.) (Entered: 05/07/2022) |
| 05/16/2022 | 65 (1 pg) | Chapter 13 Trustee Periodic Accounting Report . (Rojas (TR), Elizabeth (ND)) (Entered: 05/16/2022) |

| | | | |
|---|---|---|---|
| 05/16/2022 | 66 (25 pgs) | Summary of Assets and Liabilities for Individual (Official Form 106Sum or 206Sum) , Amended Schedule I Individual: Your Income (Official Form 106I) , Amended Schedule J-2: Expenses for Separate Household of Debtor 2 (Joint Debtor) (Official Form 106J-2) , Statement of Financial Affairs for Individual Filing for Bankruptcy (Official Form 107 or 207) , Disclosure of Compensation of Attorney for Debtor (Official Form 2030) , Statement of Intention for Individuals Filing Under Chapter 7 (Official Form 108) , Chapter 7 Statement of Your Current Monthly Income (Official Form 122A-1) (BNC Option) *with proof of service* Filed by Debtor David Ernest Baskitt. (Clayton, Michael) **CORRECTION: J-2 not submitted. Schedule J submitted.** Modified on 5/17/2022 (ES9). (Entered: 05/16/2022) | |
| 05/16/2022 | 67 (10 pgs) | Declaration by Debtor as to Whether Debtor(s) Received Income From an Employer Within 60 Days of Petition (LBR Form F1002-1) Filed by Debtor David Ernest Baskitt. (Clayton, Michael) (Entered: 05/16/2022) | |
| 05/24/2022 | 68 (1 pg) | Notice *of Zoom Invitation for 341(a) Meeting of Creditors.* Filed by Trustee Jeremy W. Faith (TR) (RE: related document(s)58 Meeting of Creditors 341(a) meeting to be held on 6/13/2022 at 09:00 AM at TR 7, TELEPHONIC MEETING. FOR INSTRUCTIONS CONTACT THE TRUSTEE. Cert. of Financial Management due by 8/12/2022. Last day to oppose discharge or dischargeability is 8/12/2022. Government Proof of Claim due by 7/6/2022. Proofs of Claims due by 7/12/2022. (BH)). (Faith (TR), Jeremy) (Entered: 05/24/2022) | |
| 05/26/2022 | 69 | Hearing on Confirmation of Chapter 13 Plan. Vacated: case was converted to chapter 7. (KR9) (Entered: 05/26/2022) | |
| 05/31/2022 | 70 (31 pgs) | Application to Employ Weiland Golden Goodrich LLP as Counsel for Chapter 7 Trustee *Application Of The Chapter 7 Trustee To Employ Counsel (Weiland Golden Goodrich LLP) Pursuant To 11 U.S.C. §§ 327 And 330; Declaration Of Jeremy W. Faith In Support Thereof; Statement Of Disinterestedness Of David M. Goodrich In Support Thereof (with Proof of Service)* Filed by Trustee Jeremy W. Faith (TR) (Goodrich, David) (Entered: 05/31/2022) | |
| 05/31/2022 | 71 (6 pgs) | Notice of motion/application *Notice of Application Of The Chapter 7 Trustee To Employ Counsel (Weiland Golden Goodrich LLP) Pursuant To 11 U.S.C. §§ 327 And 330 (with Proof of Service)* Filed by Trustee Jeremy W. Faith (TR) (RE: related document(s)70 Application to Employ Weiland Golden Goodrich LLP as Counsel for Chapter 7 Trustee *Application Of The Chapter 7 Trustee To Employ Counsel (Weiland Golden Goodrich LLP) Pursuant To 11 U.S.C. §§ 327 And 330; Declaration Of Jeremy W. Faith In Support Thereof; Statement Of Disinterestedness Of David M. Goodrich In Support Thereof (with Proof of Service)* Filed by Trustee Jeremy W. Faith (TR)). (Goodrich, David) (Entered: 05/31/2022) | |
| 06/13/2022 | 72 | Continuance of Meeting of Creditors (Rule 2003(e)) (Trustee's 341 Filings) 341(a) Meeting Continued to be held on 7/5/2022 at 10:00 AM at TR 7, TELEPHONIC MEETING. FOR INSTRUCTIONS CONTACT THE TRUSTEE. Documents not provided in a timely manner. Appearance required. (Faith (TR), Jeremy) (Entered: 06/13/2022) | |
| 06/16/2022 | 73 (3 pgs) | Chapter 13 Trustee's Final Report and Account . (Rojas (TR), Elizabeth (ND)) (Entered: 06/16/2022) | |
| 06/16/2022 | 74 (1 pg) | Proof of service *for Trustees Final Report and Account* Filed by Trustee Elizabeth (ND) F Rojas (TR). (Rojas (TR), Elizabeth (ND)) (Entered: 06/16/2022) | |
| 06/16/2022 | 75 (1 pg) | Notice of continued meeting of creditors and appearance of debtor (11 USC 341(a)) Filed by Trustee Jeremy W. Faith (TR) (RE: related document(s) 72 Continuance of Meeting of Creditors (Rule 2003(e)) (Trustee's 341 Filings)). (Faith (TR), Jeremy) (Entered: 06/16/2022) | |
| 06/16/2022 | 76 | Request for a Certified Copy Fee Amount $11. (RE: related document(s)61 Motion for relief from stay UNLAWFUL DETAINER (BNC-PDF)) (ES9) (Entered: 06/16/2022) | |
| 06/16/2022 | | Receipt of Certification Fee - $11.00 by 09. Receipt Number 90027163. (admin) (Entered: 06/16/2022) | |
| 06/16/2022 | | Receipt of Photocopies Fee - $1.50 by 09. Receipt Number 90027163. (admin) (Entered: 06/16/2022) | |
| 06/17/2022 | 77 (1 pg) | Notice *and Zoom Invitation for 341(a) Meeting of Creditors.* Filed by Trustee Jeremy W. Faith (TR) (RE: related document(s)75 Notice of continued meeting of creditors and appearance of debtor (11 USC 341(a)) Filed by Trustee Jeremy W. Faith (TR) (RE: related document(s) 72 Continuance of Meeting of Creditors (Rule 2003(e)) (Trustee's 341 Filings)). (Faith (TR), Jeremy)). (Faith (TR), Jeremy) (Entered: 06/17/2022) | |

| | | |
|---|---|---|
| 06/22/2022 | 78 (2 pgs) | Request for special notice Filed by Creditor Pacific Western Bank. (Rhim, J.) (Entered: 06/22/2022) |
| 06/22/2022 | 79 (40 pgs) | Declaration That No Party Requested a Hearing on Motion (LBR 9013-1(o)(3)) *(with Proof of Service)* Filed by Trustee Jeremy W. Faith (TR) (RE: related document(s)70 Application to Employ Weiland Golden Goodrich LLP as Counsel for Chapter 7 Trustee *Application Of The Chapter 7 Trustee To Employ Counsel (Weiland Golden Goodrich LLP) Pursuant To 11 U.S.C. §§ 327 And 330; Declaration Of Jeremy W. Faith In).* (Hourany, Sonja) (Entered: 06/22/2022) |
| 06/28/2022 | 80 (2 pgs) | ORDER APPROVING APPLICATION OF THE CHAPTER 7 TRUSTEE TO EMPLOY COUNSEL (WEILAND GOLDEN GOODRICH LLP) PURSUANT TO 11 U.S.C. §§ 327 AND 330 (BNC-PDF) (Related Doc # 70) Signed on 6/28/2022. (ES9) (Entered: 06/28/2022) |
| 06/30/2022 | 81 (4 pgs) | BNC Certificate of Notice - PDF Document. (RE: related document(s)80 Order on Application to Employ (BNC-PDF)) No. of Notices: 1. Notice Date 06/30/2022. (Admin.) (Entered: 06/30/2022) |
| 07/06/2022 | 82 | Continuance of Meeting of Creditors (Rule 2003(e)) (Trustee's 341 Filings) 341(a) Meeting Continued to be held on 7/25/2022 at 01:30 PM at TR 7, TELEPHONIC MEETING. FOR INSTRUCTIONS CONTACT THE TRUSTEE. Provide to the trustee: Domestic support obligation form, filled out and signed by Debtor; 12 months bank statements through conversion date; LLC's most recent tax returns. Holding date, no appearance required. (Faith (TR), Jeremy) (Entered: 07/06/2022) |
| 07/06/2022 | 83 (1 pg) | Notice of continued meeting of creditors and appearance of debtor (11 USC 341(a)) Filed by Trustee Jeremy W. Faith (TR) (RE: related document(s) 82 Continuance of Meeting of Creditors (Rule 2003(e)) (Trustee's 341 Filings)). (Faith (TR), Jeremy) (Entered: 07/06/2022) |
| 07/27/2022 | 84 | Continuance of Meeting of Creditors (Rule 2003(e)) (Trustee's 341 Filings) 341(a) Meeting Continued to be held on 8/15/2022 at 01:30 PM at TR 7, TELEPHONIC MEETING. FOR INSTRUCTIONS CONTACT THE TRUSTEE. Document review. No appearance required, this is a holding date. (Faith (TR), Jeremy) (Entered: 07/27/2022) |
| 07/29/2022 | 85 (1 pg) | Notice of continued meeting of creditors and appearance of debtor (11 USC 341(a)) Filed by Trustee Jeremy W. Faith (TR) (RE: related document(s) 84 Continuance of Meeting of Creditors (Rule 2003(e)) (Trustee's 341 Filings)). (Faith (TR), Jeremy) (Entered: 07/29/2022) |
| 08/09/2022 | 86 (5 pgs) | Substitution of attorney *with proof of service* Filed by Debtor David Ernest Baskett. (Clayton, Michael) (Entered: 08/09/2022) |
| 08/09/2022 | 87 | Notice to Filer of Error and/or Deficient Document **Incorrect/incomplete/unreadable PDF was attached to the docket entry. 1) Per LBR 2091-1(a) substitution of a self-represented individual requires a motion (a substitution of attorney form may accompany the motion as an exhibit). 2) If the debtor has a change of address, Mandatory Court Form F 1002-1.3.CHANGE.ADDRESS must be used to convey this information to the court. THE FILER IS INSTRUCTED TO RE-FILE THE PROPER DOCUMENTS.** (RE: related document(s)86 Substitution of attorney filed by Debtor David Ernest Baskett) (ES9) (Entered: 08/09/2022) |
| 08/17/2022 | 88 (3 pgs) | Notice of Change of Address *Notice Of Attorney Change Of Address Or Law Firm (with Proof of Service)* Filed by Attorney Weiland Golden Goodrich LLP. (Goodrich, David) (Entered: 08/17/2022) |
| 08/19/2022 | 89 | Continuance of Meeting of Creditors (Rule 2003(e)) (Trustee's 341 Filings) 341(a) Meeting Continued to be held on 9/6/2022 at 01:30 PM at TR 7, TELEPHONIC MEETING. FOR INSTRUCTIONS CONTACT THE TRUSTEE. Document review. No appearance required. (Faith (TR), Jeremy) (Entered: 08/19/2022) |
| 08/19/2022 | 90 (1 pg) | Notice of continued meeting of creditors and appearance of debtor (11 USC 341(a)) Filed by Trustee Jeremy W. Faith (TR) (RE: related document(s) 89 Continuance of Meeting of Creditors (Rule 2003(e)) (Trustee's 341 Filings)). (Faith (TR), Jeremy) (Entered: 08/19/2022) |
| 09/13/2022 | 91 | Continuance of Meeting of Creditors (Rule 2003(e)) (Trustee's 341 Filings) 341(a) Meeting Continued to be held on 9/26/2022 at 01:30 PM at TR 7, TELEPHONIC MEETING. FOR INSTRUCTIONS CONTACT THE TRUSTEE. Document review. This is a holding date, there will be no meeting to attend either in person or remotely. (Faith (TR), Jeremy) (Entered: 09/13/2022) |
| 09/14/2022 | 92 (1 pg) | Notice of continued meeting of creditors and appearance of debtor (11 USC 341(a)) Filed by Trustee Jeremy W. Faith (TR) (RE: related document(s) 91 Continuance of Meeting of Creditors (Rule 2003(e)) (Trustee's 341 Filings)). (Faith (TR), Jeremy) (Entered: 09/14/2022) |

| | | |
|---|---|---|
| 09/29/2022 | 93 | Continuance of Meeting of Creditors (Rule 2003(e)) (Trustee's 341 Filings) 341(a) Meeting Continued to be held on 10/31/2022 at 01:30 PM at TR 7, TELEPHONIC MEETING. FOR INSTRUCTIONS CONTACT THE TRUSTEE. Document review. This is a holding date, there will be no meeting to attend either in person or remotely. (Faith (TR), Jeremy) (Entered: 09/29/2022) |
| 09/29/2022 | 94 (1 pg) | Notice of continued meeting of creditors and appearance of debtor (11 USC 341(a)) Filed by Trustee Jeremy W. Faith (TR) (RE: related document(s) 93 Continuance of Meeting of Creditors (Rule 2003(e)) (Trustee's 341 Filings)). (Faith (TR), Jeremy) (Entered: 09/29/2022) |
| 10/07/2022 | 95 (1 pg) | Withdrawal of Claim(s): 3 Y Filed by Creditor California Dept. of Tax and Fee Administration. (Cortez, Marcelina) (Entered: 10/07/2022) |
| 11/01/2022 | 96 | Continuance of Meeting of Creditors (Rule 2003(e)) (Trustee's 341 Filings) 341(a) Meeting Continued to be held on 11/21/2022 at 01:30 PM at TR 7, TELEPHONIC MEETING. FOR INSTRUCTIONS CONTACT THE TRUSTEE. Document review. This is a holding date, there will be no meeting to attend either in person or remotely. (Faith (TR), Jeremy) (Entered: 11/01/2022) |
| 11/03/2022 | 97 (1 pg) | Notice of continued meeting of creditors and appearance of debtor (11 USC 341(a)) Filed by Trustee Jeremy W. Faith (TR) (RE: related document(s) 96 Continuance of Meeting of Creditors (Rule 2003(e)) (Trustee's 341 Filings)). (Faith (TR), Jeremy) (Entered: 11/03/2022) |
| 11/03/2022 | 98 (5 pgs) | Request: Convert Chapter 7 to a Chapter 13 Filed by Debtor David Ernest Baskett (ES9) Additional attachment(s) added on 11/4/2022 (ES9). (Entered: 11/03/2022) |
| 11/10/2022 | 99 (1 pg) | Request for courtesy Notice of Electronic Filing (NEF) Filed by Beall, William. (Beall, William) (Entered: 11/10/2022) |
| 11/17/2022 | 100 (110 pgs) | Opposition to (related document(s): 98 Document filed by Debtor David Ernest Baskett) *Chapter 7 Trustee's Opposition to and Request for Hearing on Debtor's Request to Convert Chapter 7 to a Chapter 13; Memorandum of Points and Authorities; Declaration of David M. Goodrich in Support With Proof of Service* Filed by Trustee Jeremy W. Faith (TR) (Goodrich, David) (Entered: 11/17/2022) |
| 11/21/2022 | 101 (54 pgs) | Motion to Approve Compromise Under Rule 9019 *Chapter 7 Trustee's Motion for Order Approving Settlement Agreement with Santa Maria Public Airport District Pursuant to Federal Rule of Bankruptcy Procedure 9019; Memorandum of Points and Authorities; Declaration of Jeremy W. Faith in Support With Proof of Service* Filed by Trustee Jeremy W. Faith (TR) (Goodrich, David) (Entered: 11/21/2022) |
| 11/21/2022 | 102 (4 pgs) | Notice of Hearing *With Proof of Service* Filed by Trustee Jeremy W. Faith (TR) (RE: related document(s)101 Motion to Approve Compromise Under Rule 9019 *Chapter 7 Trustee's Motion for Order Approving Settlement Agreement with Santa Maria Public Airport District Pursuant to Federal Rule of Bankruptcy Procedure 9019; Memorandum of Points and Authorities; Declaration of Jeremy W. Faith in Support With Proof of Service* Filed by Trustee Jeremy W. Faith (TR)). (Goodrich, David) (Entered: 11/21/2022) |
| 11/22/2022 | 103 | Hearing Set (RE: related document(s)101 Motion to Approve Compromise Under Rule 9019 filed by Trustee Jeremy W. Faith (TR)) The Hearing date is set for 12/13/2022 at 02:00 PM at Crtrm 201, 1415 State St., Santa Barbara, CA 93101. The case judge is Ronald A Clifford, III (KR9) (Entered: 11/22/2022) |
| 11/22/2022 | 104 | Continuance of Meeting of Creditors (Rule 2003(e)) (Trustee's 341 Filings) 341(a) Meeting Continued to be held on 12/12/2022 at 01:30 PM at TR 7, TELEPHONIC MEETING. FOR INSTRUCTIONS CONTACT THE TRUSTEE. Document review. This is a holding date, there will be no meeting to attend either in person or remotely. (Faith (TR), Jeremy) (Entered: 11/22/2022) |
| 11/22/2022 | 105 (1 pg) | Notice of continued meeting of creditors and appearance of debtor (11 USC 341(a)) Filed by Trustee Jeremy W. Faith (TR) (RE: related document(s) 104 Continuance of Meeting of Creditors (Rule 2003(e)) (Trustee's 341 Filings)). (Faith (TR), Jeremy) (Entered: 11/22/2022) |
| 12/02/2022 | 106 (12 pgs) | Response to Chapter 7 Trustees' Opposition Against Debtor's Request to Convert to 13. Filed by Debtor David Ernest Baskett (RE: related document(s)98 Document filed by Debtor David Ernest Baskett, 100 Opposition filed by Trustee Jeremy W. Faith (TR)) (ES9) (Entered: 12/02/2022) |

| | | |
|---|---|---|
| 12/09/2022 | 107 | Continuance of Meeting of Creditors (Rule 2003(e)) (Trustee's 341 Filings) 341(a) Meeting Continued to be held on 1/3/2023 at 01:30 PM at TR 7, TELEPHONIC MEETING. FOR INSTRUCTIONS CONTACT THE TRUSTEE. Document review. This is a holding date, there will be no meeting to attend either in person or remotely. (Faith (TR), Jeremy) (Entered: 12/09/2022) |
| 12/09/2022 | 108 (1 pg) | Notice of continued meeting of creditors and appearance of debtor (11 USC 341(a)) Filed by Trustee Jeremy W. Faith (TR) (RE: related document(s) 107 Continuance of Meeting of Creditors (Rule 2003(e)) (Trustee's 341 Filings)). (Faith (TR), Jeremy) (Entered: 12/09/2022) |
| 12/13/2022 | 109 | Hearing Held (RE: related document(s) 101 Motion to Approve Compromise Under Rule 9019) HEARING NOTE: Motion granted. The Trustee to lodge an order in conformance with the Court's ruling on the record within seven (7) days. Updated/Modified on 12/14/2022 (KR9). (Entered: 12/13/2022) |
| 12/15/2022 | 110 (2 pgs) | ORDER GRANTING CHAPTER 7 TRUSTEES MOTION FOR ORDER APPROVING SETTLEMENT AGREEMENT WITH SANTA MARIA PUBLIC AIRPORT DISTRICT PURSUANT TO FEDERAL RULE OF BANKRUPTCY PROCEDURE 9019 (BNC-PDF) (Related Doc # 101) Signed on 12/15/2022. (ES9) (Entered: 12/15/2022) |
| 12/17/2022 | 111 (4 pgs) | BNC Certificate of Notice - PDF Document. (RE: related document(s)110 Order on Motion to Approve Compromise Under Rule 9019 (BNC-PDF)) No. of Notices: 1. Notice Date 12/17/2022. (Admin.) (Entered: 12/17/2022) |
| 01/04/2023 | 112 | Continuance of Meeting of Creditors (Rule 2003(e)) (Trustee's 341 Filings) 341(a) Meeting Continued to be held on 1/23/2023 at 01:30 PM at TR 7, TELEPHONIC MEETING. FOR INSTRUCTIONS CONTACT THE TRUSTEE. Document review. This is a holding date, there will be no meeting to attend either in person or remotely. (Faith (TR), Jeremy) (Entered: 01/04/2023) |
| 01/06/2023 | 113 (1 pg) | Notice of continued meeting of creditors and appearance of debtor (11 USC 341(a)) Filed by Trustee Jeremy W. Faith (TR) (RE: related document(s) 112 Continuance of Meeting of Creditors (Rule 2003(e)) (Trustee's 341 Filings)). (Faith (TR), Jeremy) (Entered: 01/06/2023) |
| 01/09/2023 | 114 (5 pgs) | [Urgent] Request: Stop all Trustee actions to include blocking the deposition of Chris Hastert. Filed by Debtor David Ernest Baskett (ES9) (Entered: 01/09/2023) |
| 01/10/2023 | 115 (2 pgs) | ORDER DENYING URGENT REQUEST TO STOP ALL TRUSTEE ACTION TO INCLUDE BLOCKING THE DEPOSITION OF CHRIS HASTERT (BNC-PDF) (Related Doc # 114 ) Signed on 1/10/2023 (ES9) (Entered: 01/10/2023) |
| 01/12/2023 | 116 (4 pgs) | BNC Certificate of Notice - PDF Document. (RE: related document(s)115 Order (Generic) (BNC-PDF)) No. of Notices: 1. Notice Date 01/12/2023. (Admin.) (Entered: 01/12/2023) |
| 01/24/2023 | 117 (2 pgs; 2 docs) | Notice of Assets filed by trustee and court's notice of possible dividend (BNC) Filed by Trustee Jeremy W. Faith (TR). Proofs of Claims due by 5/1/2023. (Faith (TR), Jeremy) (Entered: 01/24/2023) |
| 01/24/2023 | 118 | Meeting of Creditors Held and Concluded (Chapter 7 Asset) Filed by Trustee Jeremy W. Faith (TR) (RE: related document(s) 107 Continuance of Meeting of Creditors (Rule 2003(e)) (Trustee's 341 Filings) 341(a) Meeting Continued to be held on 1/3/2023 at 01:30 PM at TR 7, TELEPHONIC MEETING. FOR INSTRUCTIONS CONTACT THE TRUSTEE. Document review. This is a holding date, there will be no meeting to attend either in person or remotely. (Faith (TR), Jeremy)). (Faith (TR), Jeremy) (Entered: 01/24/2023) |
| 01/26/2023 | 119 (4 pgs) | BNC Certificate of Notice (RE: related document(s)117 Notice of Assets filed by trustee and court's notice of possible dividend (BNC) filed by Trustee Jeremy W. Faith (TR)) No. of Notices: 11. Notice Date 01/26/2023. (Admin.) (Entered: 01/26/2023) |
| 02/14/2023 | 120 (5 pgs) | Request: Pause actions to include blocking the deposition of Chris Hastert Filed by Debtor David Ernest Baskett (ES9) (Entered: 02/14/2023) |
| 02/14/2023 | 121 (2 pgs) | ORDER SETTING REQUEST: PAUSE ACTIONS TO INCLUDE BLOCKING THE DEPOSITION OF CHRIS HASTERT FOR HEARING (BNC-PDF) (Related Doc # 120 ) Signed on 2/14/2023 (ES9) (Entered: 02/14/2023) |
| 02/14/2023 | | Hearing Set (RE: related document(s) 120 Document filed by David Ernest Baskett) Hearing to be held on 03/07/2023 at 02:00 PM 1415 State Street Courtroom 201 Santa Barbara, CA 93101. The hearing judge is Ronald A Clifford III (ES9) (Entered: 02/14/2023) |

| | | |
|---|---|---|
| 02/16/2023 | 122 (4 pgs) | BNC Certificate of Notice - PDF Document. (RE: related document(s)121 Order (Generic) (BNC-PDF)) No. of Notices: 1. Notice Date 02/16/2023. (Admin.) (Entered: 02/16/2023) |
| 02/21/2023 | 123 (5 pgs) | Trustee Failure: Request corrective action or Replacement of the Trustee. Filed by Debtor David Ernest Baskett (ES9) (Entered: 02/21/2023) |
| 02/21/2023 | 124 (13 pgs) | Opposition to (related document(s): 120 Document filed by Debtor David Ernest Baskett) *Debtors Request: Pause Actions To Include Blocking The Deposition Of Chris Hastert; Memorandum Of Points And Authorities; Declaration Of David M. Goodrich In Support With Proof Of Service* Filed by Trustee Jeremy W. Faith (TR) (Goodrich, David) (Entered: 02/21/2023) |
| 02/27/2023 | 125 (13 pgs) | Response to Pause to Request Objections Filed by Debtor David Ernest Baskett (RE: related document(s)124 Opposition filed by Trustee Jeremy W. Faith (TR)) (ES9) (Entered: 02/27/2023) |
| 03/06/2023 | 126 (9 pgs) | AMENDED Response to Pause Request Objections Filed by Debtor David Ernest Baskett (RE: related document(s)124 Opposition filed by Trustee Jeremy W. Faith (TR)) (ES9) (Entered: 03/06/2023) |
| 03/07/2023 | 127 | Hearing Held (RE: related document(s) 120 Document/Request) HEARING NOTE: Tentative ruling adopted as final ruling. Request to pause denied, request to remove denied. Trustee to upload conforming orders, attaching the tentative rulings. (KR9) (Entered: 03/07/2023) |
| 03/10/2023 | 128 (7 pgs; 2 docs) | ORDER DENYING DEBTOR'S REQUEST: PAUSE AUCTIONS TO INCLUDE BLOCKING THE DEPOSITION OF CHRIS HASTERT (DTK. 120) (BNC-PDF) Signed on 3/10/2023 (RE: related document(s)120 Document filed by Debtor David Ernest Baskett). (Attachments: # 1 Tentative Ruling) (BH) (Entered: 03/10/2023) |
| 03/10/2023 | 129 (7 pgs; 2 docs) | ORDER DENYING DEBTOR'S REQUEST TO REMOVE THE TRUSTEE (DTK. 123) (BNC-PDF) (Related Doc # 123) Signed on 3/10/2023. (Attachments: # 1 Tentative Ruling) (BH) (Entered: 03/10/2023) |
| 03/12/2023 | 130 (4 pgs) | BNC Certificate of Notice - PDF Document. (RE: related document(s)128 Order (Generic) (BNC-PDF)) No. of Notices: 1. Notice Date 03/12/2023. (Admin.) (Entered: 03/12/2023) |
| 03/12/2023 | 131 (4 pgs) | BNC Certificate of Notice - PDF Document. (RE: related document(s)129 Order on Generic Motion (BNC-PDF)) No. of Notices: 1. Notice Date 03/12/2023. (Admin.) (Entered: 03/12/2023) |
| 03/14/2023 | 132 (85 pgs) | Motion *For Order Authorizing Chapter 7 Trustee To: (1) Conduct An Auction Sale Of Personal Property Of The Estate Free And Clear Of Liens Pursuant To 11 U.S.C. §§ 363(B) And (F); (2) Employ R.L. Spear Co., Inc. As Auctioneer And Pay Compensation And Expenses To The Auctioneer; (3) Pay Costs Of The Auction; And (4) Re-Price Any Unsold Property Following Auction Or Abandon Unsold Property Pursuant To 11 U.S.C. § 554(A); Memorandum Of Points And Authorities; Declarations Of Jeremy W. Faith And David Spear In Support Thereof With Proof Of Service* Filed by Trustee Jeremy W. Faith (TR) (Goodrich, David) (Entered: 03/14/2023) |
| 03/14/2023 | 133 (8 pgs) | Notice of motion/application *Of Chapter 7 Trustees Motion For Order Authorizing Chapter 7 Trustee To: (1) Conduct An Auction Sale Of Personal Property Of The Estate Free And Clear Of Liens Pursuant To 11 U.S.C. §§ 363(B) And(F);(2) Employ R.L. Spear Co., Inc. As Auctioneer And Pay Compensation And Expenses To The Auctioneer;(3) Pay Costs Of The Auction; And (4) Re-Price Any Unsold Property Following Auction Or Abandon Unsold Property Pursuant To 11 U.S.C. § 554(A) With Proof Of Service* Filed by Trustee Jeremy W. Faith (TR). (Goodrich, David) (Entered: 03/14/2023) |
| 03/14/2023 | 134 (12 pgs) | Notice *Of Sale Of Estate Property With Proof Of Service* Filed by Trustee Jeremy W. Faith (TR). (Goodrich, David) (Entered: 03/14/2023) |
| 03/20/2023 | 135 (3 pgs) | Notice of Appeal and Statement of Election to U.S. District Court.(Official Form 417A) . Fee Amount $298 (Filing Fee Not Paid - TWO SETS OF APPEAL FEES ARE REQUIRED RE: TWO ORDERS) Filed by Debtor David Ernest Baskett (RE: related document(s)128 Order (BNC-PDF), 129 Order (BNC-PDF)). Appellant Designation due by 4/3/2023. (KR9) (Entered: 03/20/2023) |
| 03/20/2023 | 136 (16 pgs) | Notice of referral of appeal to U. S. District Court - with certificate of mailing (RE: related document(s)135 Notice of Appeal and Statement of Election (Official Form 417A) filed by Debtor David Ernest Baskett) (KR9) (Entered: 03/20/2023) |
| 03/20/2023 | 137 (1 pg) | Deficiency letter to Appellant (Deficiencies: Two sets of appeal fees and copies of two orders) (RE: related document(s)135 Notice of Appeal and Statement of Election (Official Form 417A) filed by Debtor David Ernest Baskett) (KR9) (Entered: 03/20/2023) |

| | | |
|---|---|---|
| 03/20/2023 | 138<br>(18 pgs; 3 docs) | Certificate of Service Filed by Deputy Clerk (RE: related document(s)136 Notice of referral of appeal to U. S. District Court with certificate of mailing, 137 Deficiency letter to Appellant). (Attachments: # 1 2 of 3 # 2 3 of 3) (KR9) (Entered: 03/20/2023) |