UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE DEBTOR DAVID E. BASKETT,<br><br>　　　　　　　　　　　　Appellant, | Case No. 2:23-cv-02161-FLA<br>9:22-bk-10011<br>**ORDER DISMISSING APPEAL**<br>**[DKT. 7]** |

　　On April 10, 2023, the court Ordered Appellant David E. Baskett ("Appellant") to file his Statement of Issues, Designation of Record, and Notice of Transcript on or before April 21, 2023.  Dkt. 7.  Appellant was advised that failure to file these documents may result in the dismissal of this appeal without further notice.  *Id.* (citing Fed. R. Bankr. P. 8003(a)(2)).

　　Appellant has not filed the required documents as of May 12, 2023.  The court, therefore, DISMISSES the appeal without prejudice.  *See* Fed. R. Bankr. P. 8003(a)(2).

　　IT IS SO ORDERED.

Dated: May 15, 2023

　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　FERNANDO L. AENLLE-ROCHA
　　　　　　　　　　　　　　　　　　　　　United States District Judge

1